UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL DARNELL POGUE,<br><br>        Petitioner,<br><br>   v.<br><br>A HEDGPETH,<br><br>        Respondent. | 1:11-cv–00192-OWW-SKO-HC<br><br>ORDER OF ERRATUM RE:  ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME (DOC. 17)<br><br>DUE DATE FOR FILING OF RESPONSE: June 10, 2011 |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

By separate order the Court has granted Respondent's motion for a second extension of thirty days within which to file a response to the petition.  (Doc. 17.)  However, it has come to the Court's attention that in the order the due date for the filing of the response was erroneously stated as May 10, 2011. The correct due date for the response is June 10, 2011.

IT IS SO ORDERED.

**Dated:   May 11, 2011**            /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE