# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL DARNELL POGUE,<br><br>Petitioner,<br><br>v.<br><br>P. D. BRAZELTON, Warden,<br><br>Respondent.<br>_____/ | 1:13-CV-00249 GSA HC<br>1:11-CV-00192 LJO SKO HC<br><br>ORDER CONSTRUING PETITION AS A MOTION TO AMEND<br><br>ORDER DIRECTING CLERK OF COURT TO FILE DOC. #1 INTO CASE NO. 1:11-CV-00192 LJO SKO HC AS A MOTION TO AMEND<br>[Doc. #1]<br><br>ORDER TERMINATING CASE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c).

On February 19, 2013, Petitioner filed the instant petition in this case. The petition challenges a 2008 conviction sustained in Kern County for attempted murder, first degree burglary, and assault with a deadly weapon. Review of court records reveals Petitioner has a petition pending in the case Pogue v. Hedgpeth, 1:11-cv-00192 LJO SKO HC,[1] in which Petitioner challenges the same conviction and raises the same claims.

In Woods v. Carey, 525 F.3d 886 (9th Cir.2008), the Ninth Circuit held that a petition filed

---

[1] This Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244 (9th Cir.1992); see also MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). Accordingly, the Court takes judicial notice of the docket and pleadings in Pogue v. Hedgpeth, 1:11-cv-00192 LJO SKO HC.

before a prior petition has been adjudicated should be considered a motion to amend the prior petition rather than a second or successive petition.  Therefore, the instant petition should and will be construed as a motion to amend the petition in the prior case.  The pleading will be ordered re-filed in the prior case, and the instant case will be closed.

## ORDER

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus in this case is CONSTRUED as a motion to amend the petition in Case No. 1:11-CV-00192 LJO SKO HC;

2) The Clerk of Court is DIRECTED to file the instant petition (Doc. #1) as a motion to amend in Case No. 1:11-CV-00192 LJO SKO HC; and

3) The Clerk of Court is DIRECTED to terminate this case.


IT IS SO ORDERED.

**Dated:   March 14, 2013**                    /s/ **Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE