UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVELL DARNELL POGUE, | ) | 1:11-cv-00192-LJO-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING RESPONDENT TO |
| | ) | FILE OPPOSITION OR NOTICE OF NON- |
| | ) | OPPOSITION TO PETITIONER'S MOTION |
| v. | ) | TO AMEND THE PETITION NO LATER |
| | ) | THAN THIRTY (30) DAYS AFTER THE |
| A HEDGPETH, | ) | DATE OF SERVICE OF THIS |
| | ) | ORDER(DOC. 30) |
| Respondent. | ) | |
| | ) | ORDER PERMITTING PETITIONER TO |
| | ) | FILE A REPLY TO ANY OPPOSITION |
| | | FILED BY RESPONDENT NO LATER THAN |
| | | THIRTY (30) DAYS AFTER THE DATE |
| | | OF SERVICE OF THE OPPOSITION |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Petitioner's motion to amend the petition for writ of habeas corpus, which was construed as such by Magistrate Judge Gary S. Austin and was directed to be filed in the instant action.  (Docs. 29-30.)

    Respondent shall FILE opposition or notice of non-opposition to the motion no later than thirty (30) days after the date of

service of this order.

Petitioner may FILE a reply no later than thirty (30) days after the date of service of any opposition by Respondent to the motion to amend.

IT IS SO ORDERED.

**Dated:  March 21, 2013**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE