UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL DARNELL POGUE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH,<br><br>　　　　Respondent. | Case No. 1:11-cv-00192-LJO-SKO<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND THE PETITION (DOC. 30), DEEMING THE ANSWER (DOC. 23) TO RESPOND TO THE NEW PETITION, AND PERMITTING PETITIONER TO FILE A TRAVERSE WITHIN THIRTY (30) DAYS<br><br>ORDER DIRECTING THE CLERK TO FILE PETITIONER'S FIRST AMENDED PETITION (DOC. 30)<br><br>TRAVERSE DEADLINE: THIRTY (30) DAYS |

　　Petitioner is a prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

　　I.　<u>The Motion for Leave to File a First Amended Petition</u>

　　Pending before the Court is Petitioner's motion to amend the petition, which was filed on February 19, 2013. The motion to amend had been filed in a separate action as a new petition, but by order

1

of the Court dated March 14, 2013, the new petition was construed as a motion to amend the petition that was already pending in this action.  Respondent filed a notice of non-opposition to the motion on March 25, 2013.  Although the time for filing a reply has passed, no reply has been filed.

Respondent does not oppose the motion to amend because Respondent states that the new petition challenges the same conviction and raises the same claims as the previously filed petition in this case.  Respondent asks that Respondent's answer filed on July 8, 2011, be treated as the answer to the new petition.

A petition for a writ of habeas corpus may be amended or supplemented as provided in the rules of procedure applicable to civil actions to the extent that the civil rules are not inconsistent with any statutory provisions or the rules governing section 2254 cases.  28 U.S.C. § 2242; Rule 12 of the Rules Governing Section 2254 Cases in the United States District Courts (Habeas Rules).  Fed. R. Civ. P. 15(a) may be used to permit the petitioner to amend the petition.  <u>Withrow v. Williams</u>, 507 U.S. 680, 696 n.7 (1993).  Fed. R. Civ. P. 15(a) provides that a party may amend its pleading once as a matter of course within twenty-one days after service of the pleading, a required responsive pleading, or a motion under Rule 12(b), (e), or (f), whichever is earlier; in all other cases, a party may amend its pleading only with the opposing party's written consent or the Court's leave.  The Court should freely give leave when justice so requires.

Accordingly, the Court will grant the motion to amend, will deem the previously filed answer to respond to the first amended

2

petition, and will permit Petitioner to file a traverse within thirty days of service of this order.

II. Disposition

Based on the foregoing, it is hereby ORDERED that:

1) Petitioner's motion for leave to file a first amended petition is GRANTED; and

2) The Clerk is DIRECTED to file the petition filed on February 19, 2013 (doc. 30) as the First Amended Petition in this action; and

3) The answer filed by Respondent on July 8, 2011, is DEEMED to respond to the first amended petition; and

4) Petitioner may FILE a traverse to the answer no later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

Dated: **July 15, 2013**             **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE

3